UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MIKE JOSIE

Docket No.: 21 CV- 2486

Plaintiff,

-against-

**AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, et. al

Defendants.

-------------------------------------------------------------x

STATE OF NEW YORK )
)ss:
COUNTY OF KINGS )

**MOSES OSAYAME**, being duly sworn, deposes and says that I am over the age of eighteen years and I am not a party in this proceeding; that on 20th day of May, 2021, at 9:10 a.m. at 100 Church Street, Ground Floor, New York, County of New York, City and State of New York, deponent served the annexed Summons and Complaint on the City of New York, by delivering to and leaving a copy thereof with the Assistant Director, Jerry Bradshaw of the Office of Corporation Counsel; accepted by his secretary **Female, Black, 50-55 years old, 5-5 to 5-7 feet tall, and weights about 160-170 Ilbs.**

Deponent further says he knew the person so served to be the officer in charge of receiving process for the City of New York Corporation Counsel.

Moses Osayame
Lic. No. 2070339

Subscribed and sworn to before
me this 19th day of June 2021

Notary Public

**OSONDU ANYADIKE, ESQ.**
Notary Public, State of New York. No.
02AN6215511
Qualified in Kings County. Commission
Expires Dec., 28, ~~2019~~ 2023

UNITED STATES DISTRICT COURTK
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MIKE JOSIE

Civil Action No.: 21 CV 2486

Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al..

Defendants.
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
)ss:
COUNTY OF KINGS )

**MOSES OSAYAME**, being duly sworn, deposes and says that I am over the age of eighteen years and I am not a party in this proceeding; that on the 26th day of May, 2021. at 11: 15 a.m. at NYPD-88th PCT, 298 Classon Avenue, Brooklyn, New York 11205, State of New York, deponent served the Summons and Complaint on Detective Andrew Hunt (Shield #416), delivering to and leaving a copy thereof with person in charge of accepting process, P.R.A/ Anason, Male, Black, 45-50 **years old, 5-9"-6'1" feet tall, and weights about 300-320Ilbs**.

Deponent further says he knew the person so served to be the Officer in charge of of accepting process for the NYPD-88th Precinct.

That on May 27, 2021, a copy of said Summons and Complaint was mailed to defendant, Detective Andrew Hunt at his place of employment, located at the 88th NYPD Pct, 298 Classon Avenue, Brooklyn, New York 11205.

Moses Osayame
Lic. #2070339

Subscribed and sworn to before
me this 19th day of June 2021

Notary Public

**OSONDU ANYADIKE, ESQ.**
Notary Public, State of New York. No.
02AN6215511
Qualified in Kings County. Commission
Expires Dec., 28, ~~1013~~ 2023